This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CARL LIMBERG,**

Plaintiff-Appellant,

v.  **No. 30,259**

**WILLIAM J. EVERHART, PATRICIA EVERHART, and THE HARTFORD FINANCIL SERVICES GROUP, INC., d/b/a THE HARTFORD,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF LUNA COUNTY**
**Daniel Viramontes, District Judge**

Sherman & Sherman
Frederick H. Sherman
Deming, NM

for Appellant

Riley & Shane, P.A.
Mark J. Riley
Kristin J. Dalton
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**SUTIN, Judge.**

Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

DISMISSED.

**IT IS SO ORDERED.**

_____

**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____

**CYNTHIA A. FRY, Chief Judge**

_____

**LINDA M. VANZI, Judge**